**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**
**No. 12-387V**
**Filed: February 11, 2013**

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
LINDA COLLIER,                           *
                                         *
              Petitioner,                *
v.                                       *        Attorney Fees and Costs.
                                         *
                                         *
SECRETARY OF HEALTH                      *
AND HUMAN SERVICES,                      *
                                         *
              Respondent.                *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

Anne C. Toale, Esq., Maglio Christopher & Toale, Sarasota, FL, for petitioner;
Gordon E. Shemin, Esq., U.S. Dept. of Justice, Washington, D.C., for respondent.

## DECISION ON ATTORNEY FEES AND COSTS[1]

**Vowell,** Special Master:

In this case under the National Vaccine Injury Compensation Program,[2] I issued a Ruling on Entitlement in favor of petitioner based upon respondent's concession. Ruling on Entitlement, issued Nov. 26, 2012. On December 11, 2012, I awarded damages pursuant to petitioner's acceptance of respondent's proffer. Decision Awarding Damages.

On February 11, 2013, the parties filed a stipulation for attorney fees and costs. In accordance with General Order #9, the stipulation contains a statement that petitioner has not incurred any costs in pursuit of her claim. Stipulation at ¶ 5. Additionally, the stipulation indicates that after informal discussions of petitioner's initial request, petitioner requests an amended amount to which respondent does not object. *Id.* at ¶ 4.

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I intend to post this decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to delete medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will delete such material from public access.

[2] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq.* (2006).

I find that this petition was brought in good faith and that there existed a reasonable basis for the claim. Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. §§ 300aa-15(b) and (e)(1). Further, the proposed amount seems reasonable and appropriate. **Accordingly, I hereby award the total $12,011.30[3] as follows:**

- **a lump sum of $12,011.30 in the form of a check payable jointly to petitioner, Linda Collier, and petitioner's counsel of record, Anne C. Toale, for petitioner's attorney fees and costs.**

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[4]

**IT IS SO ORDERED.**

**s/ Denise K. Vowell**
**Denise K. Vowell**
Special Master

---

[3] This amount is intended to cover all legal expenses incurred in this matter. This award encompasses all charges by the attorney against a client, "advanced costs" as well as fees for legal services rendered. Furthermore, 42 U.S.C. § 300aa-15(e)(3) prevents an attorney from charging or collecting fees (including costs) that would be in addition to the amount awarded herein. *See generally Beck v. Sec'y, HHS*, 924 F.2d 1029 (Fed. Cir.1991).

[4] Entry of judgment can be expedited by each party's filing of a notice renouncing the right to seek review. *See* Vaccine Rule 11(a).